# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRA STELL,<br><br>        Plaintiff,<br><br>    v.<br><br>INSECT LORE PRODUCTS, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-00235 JLT<br><br>ORDER GRANTING STIPULATION TO AMEND CASE SCHEDULE<br>(Doc. 18) |

Counsel report that due to the press of other business, they have been unable to complete discovery as scheduled. (Doc. 18) They request the Court amend the case schedule to allow this to occur and to allow settlement discussions. Thus, the Court **ORDERS**:

    1.    All non-expert discovery **SHALL** be complete **no later than June 30, 2018**;

    2.    The parties **SHALL** disclose experts **no later than July 16, 2018** and any rebuttal experts by **July 31, 2018**. They **SHALL** complete expert discovery **no later than August 17, 2018**.

**No other amendments to the case schedule are authorized.**

IT IS SO ORDERED.

    Dated:  **May 7, 2018**                          **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE