# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRA STELL,<br><br>      Plaintiff,<br><br>    v.<br><br>INSECT LORE PRODUCTS and ANITA VELDBOOM,<br><br>      Defendants. | Case No.: 1:17-cv-0235 - JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION<br><br>(Doc. 20) |

On June 13, 2018, Deidra Stell, Insect Lore Products, and Anita Veldbloom stipulated to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (*See* Doc. 20) Because all parties have signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __June 18, 2018__            __/s/ Jennifer L. Thurston__
                                                                  UNITED STATES MAGISTRATE JUDGE